IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAY LONNIE DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10cv180-TMH |
| ) | (WO) |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**OPINION and ORDER**

On July 8, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the petition for writ of habeas corpus be and is hereby DENIED, and the petition be and is hereby DISMISSED without prejudice because this case is not ripe for review and for the plaintiff's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

Done this 16th day of September, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE